# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVSION

| | |
|---|---|
| Kevin Roy,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Wells Fargo Auto Finance,<br><br>　　　　　Defendant. | Case No.: ED CV 17-2001-DMG (SHKx)<br><br>**ORDER RE DISMISSAL OF ACTION [19]** |

　　　IT IS HERE BY ORDERED that pursuant to the parties' Stipulation, the above-captioned case is dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

DATED: March 1, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE